Lea et al v. Cypress Collections et al
Case 5:06-cv-04288-JF   Document 3   Filed 07/19/2006   Page 1 of 2
Doc. 3

Reset Form

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Filed
E-FILING   JUL 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Mildred J. Lea, and Kimberly Ortega,

Plaintiff(s),

v.

Cypress Collections, Cypress Healthcare Partners, LLC., et al.

Defendant(s).

CASE NO. C 06-04288 HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

O. Randolph Bragg , an active member in good standing of the bar of Illinois (particular court to which applicant is admitted) whose business address and telephone number is

Horwitz, Horwitz & Associates
25 E Washington St. Ste 900
Chicago, Il 60602 (312) 372-8822

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs, Mildred Lea & Kimberly Ortega

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 7/19/06

United States Magistrate Judge

HOWARD R. LLOYD

RECEIVED JUL 17 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

**5:06-cv-4288 Notice will be electronically mailed to:**

Balam Osberto Letona letonlaw@gmail.com

**Courtesy copy will be mailed to:**

O. Randolph Bragg
Horwitz, Horwitz & Associates
25 E. Washington Street, Suite 900
Chicago, IL 60602