**\*\*E-filed 10/18/06\*\***

Ronald Wilcox, SBN 176601
Attorney at Law
2160 The Alameda
First Floor, Suite F
San José, CA 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Balám O. Letona, SBN 229642
Law Office of Balám O. Letona
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone Number: (831) 421-0200
Facsimile Number: (831) 621-9659
Email: letonalaw@gmail.com

O. Randolp Bragg, IL Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MILDRED LEA, AND KIMBERLY ORTEGA,<br><br>Plaintiffs,<br>v.<br><br>CYPRESS COLLECTIONS, CYPRESS HEALTHCARE PARTNERS, LLC and DOES DEFENDANTS 1-10, inclusive<br><br>Defendant(s). | Case No. <u>C06-04288 JF</u><br><br>**REQUEST TO CONTINUE 10/20/06 CMC TO 11/17/06 and [P~~ROPOSED~~] ORDER** |

The parties are in settlement discussions, and therefore respectfully request the Court to continue the October 20, 2006 Case Management Conference to November 17, 2006.

- 1 -

REQUEST TO CONTINUE CMC

|   |   |
|---|---|
| | LAW OFFICE OF BALÁM O. LETONA |

Dated: October 13, 2006     By: /s/
                                    Balám O. Letona, Esq.
                                    Attorney for Plaintiff

Coleman, Ellis, et al.

Dated: October 13, 2006     By:/s/
                                    June Coleman, Esq.
                                    Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby continues the October 20, 2006 CMC to November 17, 2006.

**IT IS SO ORDERED.**

Date:   10/18/06

Hon. JEREMY FOGEL,
U.S. District Judge

- 2 -

REQUEST TO CONTINUE CMC